**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Benton D. BURT, Defendant–Appellant.**

**No. 94–10309.**

United States Court of Appeals,
Ninth Circuit.

May 17, 1996.

Before: NORRIS, BEEZER and TROTT, Circuit Judges.

### ORDER

Burt's petition for rehearing is granted. Our opinion filed on February 21, 1996 and published at 76 F.3d 1064 is hereby withdrawn in its entirety. We have separately entered a memorandum disposition.